IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANA C. ESTRADA, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., and <br> BANK OF AMERICA HOME LOANS, <br><br> Defendants. | Civil Action No. 8:10-cv-03571-DKC |

## JOINT STATUS REPORT

Defendant Bank of America, N.A., in its own right, and as successor by merger to BAC Home Loans Servicing, LP[1] ("Defendant") and Plaintiff Ana C. Estrada ("Plaintiff") (collectively, the "Parties") hereby file this joint status report pursuant to the Court's January 17, 2012 Order. The Parties state as follows:

1. On January 17, 2012, this Court granted the Parties' Joint Motion to Extend Time in order to provide the Parties additional time to discuss settlement. (Dkt. 38). In that Order, this Court directed the Parties to submit a joint status report with a proposed scheduling order by February 15, 2012.

2. Since the Court's Order, the Parties have reached, in principal, the terms of an individual settlement of Plaintiff's claim. The Parties are presently drafting an agreement memorializing the terms of the settlement.

3. The Parties intend to finalize the terms of the settlement agreement and submit a Joint Stipulation of Dismissal to this Court within the next 30 days.

---

[1] Although the case caption lists "Bank of America Home Loans" as a defendant, the intended defendant is BAC Home Loans Servicing, LP.

Dated:  February 14, 2012                                            Respectfully submitted,

s/ Justin M. Reiner                                                    s/  Kathryn F. Lazarev
Justin M. Reiner, Esq.                                                David L. Permut (Bar No. 15111 )
jreiner@pallaw.com                                                 Kathryn F. Lazarev (Bar No. 29506)
Jon D. Pels, Esq.                                                        **GOODWIN PROCTER LLP**
jpels@pallaw.com                                                     901 New York Avenue, NW
Lawrence J. Anderson, Esq.                                    Washington, DC  20001
lja@pallaw.com                                                         Tel.: 202.346.4000
Jennifer O. Schiffer, Esq.                                         Fax: 202.346.4444
jschiffer@pallaw.com                                              *dpermut@goodwinprocter.com*
**PELS, ANDERSON, L.L.C.**                              *klazarev@goodwinprocter.com*
4833 Rugby Avenue, 4th Floor
Bethesda, MD 20814                                               Attorneys for Defendants: *Bank of America,*
(301) 986-5570 (T)                                                    *N.A. and Bank of America, N.A., as successor*
(301) 986-5571 (F)                                                    *by merger to BAC Home Loans Servicing, LP*

Richard S. Lewis, Esq.
rlewis@hausfeldllp.com
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, DC 20006
(202) 540-7200 (T)
(202) 540-7201 (F)

Mark R. Cuker, Esq.
mcuker@wcblegal.com
**WILLIAMS CUKER BEREZOFSKY**
1515 Market St. Ste 1300
Philadelphia, PA 19102
(215) 557- 0099 (T)
(215) 557- 0673 (F)

Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Kathryn F. Lazarev, hereby certify that on February 14, 2012, in compliance with the Federal Rules of Civil Procedure, Rule 5(a), a copy of this document, JOINT STATUS REPORT, was electronically filed in this case through the CM/ECF system, and will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF):

> Jennifer O. Schiffer
> Jon Dennis Pels
> Justin M. Reiner
> Lawrence John Anderson
> Pels Anderson LLC
> 4833 Rugby Ave Fourth Fl
> Bethesda, MD 20814
>
> Mark R. Cuker
> Williams Cuker Berezofsky
> 1515 Market St. Ste 1300
> Philadelphia, PA 19102
>
> Gregory S. Weiss
> Leopold Kuvin PA
> 2925 PGA Blvd. Ste. 200,
> Palm Beach Gardens, FL 33410

                                                /s/ Kathryn F. Lazarev